1  Spencer W. Waldron (SBN 284029)
       E-Mail:  swaldron@fisherphillips.com
2  Mimi T. Nguyen (SBN 330650)
       E-Mail:  mnguyen@fisherphillips.com
3  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
4  Irvine, California 92614
   Telephone: (949) 851-2424
5  Facsimile:  (949) 851-0152

6  Attorneys for Defendant
   PRECIPIO, INC.
7

8              UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

10

| | |
|---|---|
| 11  JANE DOE, as an individual, | Case No: |
| 12              Plaintiff(s), | *(Removed from Riverside Superior Court Case No. CVRI 2102482)* |
| 13       v. | |
| 14  A-CHECK AMERICA, INC.; PRECIPIO, INC.; and JOHN DOES, 1-10 inclusive, | **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441 and 1446** |
| 15 | |
| 16              Defendant(s). | *[Filed concurrently with Civil Cover Sheet; Notice of Related Cases; Certificate of Interested Parties and Corporate Disclosure Statement; Certificate of Service on Adverse Parties; and Declaration of Spencer W. Waldron]* |
| | Complaint Filed:  June 2, 2021  Trial Date:     None Set |

16
17
18
19
20
21
22
23
24
25
26
27
28

1
DEFENDANT PRECIPIO, INC.'S NOTICE OF REMOVAL

FP 41000842.1

**TO THE CLERK FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Precipio, Inc. (hereinafter "Defendant" or "Precipio") through its counsel of record, and with the consent of co-Defendant A-Check America, Inc. ("A-Check"), submits this Notice of Removal to remove this action from the Superior Court of the State of California, County of Riverside, to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331, 1441 and 1446. In support of the removal, Defendant submits as follows:

## I. STATEMENT OF SUBJECT MATTER JURISDICTION

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a) in that the case arises under federal law. Specifically, Plaintiff has asserted alleged violations of the Fair Credit Reporting Act (15 U.S.C. § 1681, *et seq*.).

## II. VENUE FOR THE REMOVAL IS PROPER IN THE CENTRAL DISTRICT OF CALIFORNIA

2. This action was originally brought in the Superior Court of the State of California, County of Riverside. Therefore, venue for the removal properly lies in the Central District, Eastern Division pursuant to 28 U.S.C. §§ 84(c), 1441(a).

## III. PROCEDURAL HISTORY

3. This lawsuit arises out of Plaintiff JANE DOE's (hereinafter "Plaintiff") prospective employment with Precipio. On or about June 2, 2021, Plaintiff filed a Complaint against Precipio and A-Check in the Riverside County Superior Court ("RCSC"), styled and captioned as set forth above, and assigned Case No. CVRI 2102482 ("Complaint"). In the Complaint, Plaintiff alleges the following five causes of action: (1) Violation of 15 U.S.C. § 1681e(b); (2) Violation of 15 U.S.C. § 1681k(a)(2); (3) Violation of 15 U.S.C. § 1681g; (4) Violation of

15 U.S.C. § 1681i; and (5) Violation of 15 U.S.C. § 1681b.  The RCSC issued the Summons in this matter on the same day.  A true and correct copy of the Summons and Complaint are attached as **Exhibit "A."**

4.  The first date upon which Precipio received a copy of the said Summons and Complaint was June 15, 2021, when Plaintiff served a copy of the Summons and Complaint and related papers in New Haven, Connecticut via carrier service.

5.  Precipio has not filed an Answer to Plaintiff's Complaint.

6.  Defendants "DOES 1 through 10, Inclusive" have not been identified and there is no record that any Doe defendants have been served with the Summons or Complaint.  For this reason, Doe Defendants need not join in this removal. *Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (general rule that all defendants must join in removal applies only to defendants served in the action).

7.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders (other than the Summons and Complaint) filed in the State action are attached as **Exhibit "B."**[1]

**IV.   THE REMOVAL IS TIMELY**

8.  This Notice of Removal has been filed within thirty (30) days of service of a copy of the Summons and Complaint on Defendant Precipio, thus the requirement of 28 U.S.C. § 1446(b) requiring removal within 30 days of service of a summons or complaint has been satisfied.  In addition, this Notice of Removal has been filed within one year of commencement of the action in state court as required by 28 U.S.C. §1446(b).  Therefore, this Notice of Removal has been timely filed.

---

[1] Counsel for A-Check indicated that on or around July 15, 2021, A-Check planned to file an answer, however, A-Check's answer is not reflected on the state court's docket included as part of Exhibit B. *See* Declaration of Spencer W. Waldron ("Waldron Decl."), ¶ 2 and Exh. 1.

## V. REMOVAL IS PROPER PURSUANT TO FEDERAL QUESTION JURISDICTION

9. Plaintiff's Complaint is removable based on federal question jurisdiction under 28 U.S.C. § 1331. Federal question jurisdiction exists and this Court has original jurisdiction over Plaintiff's Complaint because all claims alleged arise under federal law. Specifically, Plaintiff alleges that her prospective employer, Precipio, violated the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*, when Defendant allegedly failed to provide her with a copy of her background check report and denied her the opportunity to dispute the contents of her report before taking adverse action. *See* Complaint (Exhibit A). Plaintiff further alleges that Defendant A-Check, the consumer reporting agency who provided Plaintiff's background check to Precipio, also violated the FCRA.

10. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." This Court therefore has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331, and removal of the action to this Court is proper pursuant to 28 U.S.C. § 1441(a).

## VI. ALL OTHER PROCEDURAL PREREQUISITES FOR REMOVAL RE SATISFIED

### A. Notice to Parties

11. Defendant is providing written notice of the filing of this Notice of Removal to Plaintiff and her attorney as required by 28 U.S.C. § 1446, subd. (d) concurrently with the filing of this Notice of Removal. A true and correct copy of Precipio's Notice to Plaintiff is attached as **Exhibit "C."**

12. Defendant contemporaneously filed a true and correct copy of this Notice of Removal with the Clerk of the Superior Court of the State of California

for the County of Riverside as required by 28 U.S.C. § 1446, subd. (d).  A true and correct copy is attached as **Exhibit "D."**

### B. Consent to Removal

13. All other Defendants who have been served with a copy of the Summons and Complaint have joined this Notice of Removal. Counsel for Precipio conferred with Counsel for A-Check regarding this Notice of Removal, and A-Check consents to removal.  Waldron Decl., ¶ 2.

## VII. CONCLUSION

14. Based on the foregoing, Defendant prays that the above-described action pending in the Superior Court of California, Riverside County be removed to the United States District Court for the Central District of California.

Dated:  July 15, 2021                Respectfully submitted,

FISHER & PHILLIPS LLP


By:   */s/ Mimi T. Nguyen*
Spencer W. Waldron
Mimi T. Nguyen
Attorneys for Defendant
PRECIPIO, INC.

5
DEFENDANT PRECIPIO, INC.'S NOTICE OF REMOVAL

FP 41000842.1

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On July 15, 2021, I served the foregoing document entitled **NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441 and 1446** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Devin H. Fok, Esq.<br>Ainat Kiewe, Esq.<br>DHF LAW, P.C.<br>2304 Huntington Drive, Suite 210<br>San Marino, CA  91801 | Attorneys for Plaintiff<br>JANE DOE<br><br>T: 888-651-6411<br>F: 818-484-2023<br>E: devin@devinfoklaw.com |
| Eric E. Suits, Esq.<br>SEYFARTH SHAW LLP<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA  95814 | Attorney for Defendant<br>A-CHECK AMERICA, INC.<br><br>T: 916-448-0159<br>F: 916-558-4839<br>E: esuits@seyfarth.com |

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☒ **[by FEDERAL EXPRESS]** - I am readily familiar with the firm's practice for collection and processing of correspondence for overnight delivery by Federal Express. Under that practice such correspondence will be deposited at a facility or pick-up box regularly maintained by Federal Express for receipt on the same day in the ordinary course of business with delivery fees paid or provided for in accordance with ordinary business practices.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed July 15, 2021 at Irvine, California.

Everlyn Camanag
Print Name

By: */s/ Everlyn Camanag*
Signature

1
CERTIFICATE OF SERVICE
FP 41000842.1