# EXHIBIT B

Superior Court of California, County of Riverside
Register of Actions
www.riverside.courts.ca.gov

CVRI2102482: DOE vs A-CHECK AMERICA, INC.
Civil
Unlimited Civil Other Employment
Historic Court House Department 5
Status: Active

| Complaints | File Date | Disposition |
|---|---|---|
| Complaint for Other Employment (Over $25,000) of JANE DOE | 06/02/2021 | |

| Plaintiff(s) | Defendant(s) |
|---|---|
| JANE DOE | A-CHECK AMERICA, INC. |
| NMD: AN INDIVIDUAL | PRECIPO INC |
| ATT: DHF Law, P.C. | |

| Date | Action |
|---|---|
| 06/02/2021 | Complaint for Other Employment (Over $25,000) Filed By: JANE DOE |
| 06/02/2021 | Civil Case Cover Sheet Filed By: JANE DOE |
| 06/02/2021 | Certificate of Counsel. Filed By: JANE DOE |
| 06/02/2021 | Summons Issued and Filed Filed By: JANE DOE |
| 06/02/2021 | Case assigned to Department: Department 5 |
| 06/08/2021 | Payment: $450.00, Info Track US, Inc, for DOE, JANE, Receipt: |
| 06/08/2021 | Notice of Department Assignment |
| 06/08/2021 | Notice of Case Management Conference |
| 12/06/2021 | Case Management Conference at 8:30 AM in Department 5 |

Ainat Kiewe, Esq. (SBN #207439)
DHF Law, P.C., 2304 Huntington Drive, Suite 210, San Marino, CA 91801

TELEPHONE NO.: (888) 651-6411    FAX NO. (Optional): (818) 484-2023
ATTORNEY FOR (Name): JANE DOE

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
STREET ADDRESS: 4050 Main Street
MAILING ADDRESS: 4050 Main Street
CITY AND ZIP CODE: Riverside, CA. 92501
BRANCH NAME: Riverside Historic Courthouse

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JUN 02 2021

I. SIRACUSA

CASE NAME:
DOE V A-CHECK AMERICA, INC.; PRECIPIO, INC.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) [ ] Limited (Amount demanded is $25,000) | [ ] Counter [ ] Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | CVRI 2102482  JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[x] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [ ] is [x] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties
b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
c. [ ] Substantial amount of documentary evidence
d. [ ] Large number of witnesses
e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [x] punitive
4. Number of causes of action (specify): 5; 15 USC §1681e(b), 15 USC §1681k(a)(2), 15 USC §1681g, 15 USC §1681i, 15 USC §1681b
5. This case [ ] is [x] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: 06/0?/2021

Devin Fok, Esq.
(TYPE OR PRINT NAME)                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740
Cal. Standards of Judicial Administration, std. 3.10

CM-010

INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
  Damage/Wrongful Death
Uninsured Motorist (46) *(if the
  case involves an uninsured
  motorist claim subject to
  arbitration, check this item
  instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/
    Wrongful Death
Product Liability *(not asbestos or
  toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice–
    Physicians & Surgeons
  Other Professional Health Care
    Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip
    and fall)
  Intentional Bodily Injury/PD/WD
    (e.g., assault, vandalism)
  Intentional Infliction of
    Emotional Distress
  Negligent Infliction of
    Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
  Practice (07)
Civil Rights (e.g., discrimination,
  false arrest) *(not civil
  harassment)* (08)
Defamation (e.g., slander, libel)
  (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice
    *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease
    Contract *(not unlawful detainer
      or wrongful eviction)*
  Contract/Warranty Breach–Seller
    Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/
    Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open
  book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections
    Case
Insurance Coverage *(not provisionally
  complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
  Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
  drugs, check this item; otherwise,
  report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court
    Case Matter
  Writ–Other Limited Court Case
    Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor
    Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
  *(arising from provisionally complex
  case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of
    County)
  Confession of Judgment *(non-
    domestic relations)*
  Sister State Judgment
  Administrative Agency Award
    *(not unpaid taxes)*
  Petition/Certification of Entry of
    Judgment on Unpaid Taxes
  Other Enforcement of Judgment
    Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
  above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-
    harassment)*
  Mechanics Lien
  Other Commercial Complaint
    Case *(non-tort/non-complex)*
  Other Civil Complaint
    *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
  Governance (21)
Other Petition *(not specified
  above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult
    Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late
    Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]                    **CIVIL CASE COVER SHEET**                    Page 2 of 2

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

☐ **BANNING** 311 E. Ramsey St., Banning, CA 92220
☐ **BLYTHE** 265 N. Broadway, Blythe, CA 92225
☐ **CORONA** 505 S. Buena Vista, Rm. 201, Corona, CA 92882
☐ **HEMET** 880 N. State St., Hemet, CA 92543
☐ **MORENO VALLEY** 13800 Heacock St., Ste. D201, Moreno Valley, CA 92553

☐ **MURRIETA** 30755-D Auld Rd., Suite 1226, Murrieta, CA 92563
☐ **PALM SPRINGS** 3255 E. Tahquitz Canyon Way, Palm Springs, CA 92262
☒ **RIVERSIDE** 4050 Main St., Riverside, CA 92501
☐ **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591

**RI-CI032**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number and Address)*
Devin H. Fok, Esq. (SBN #256599), Ainat Kiewe, Esq. (SBN #207439)
DHF Law, P.C.
2304 Huntington Drive, Suite 210
San Marino, CA 91801

TELEPHONE NO: (888) 651-6411      FAX NO. *(Optional):* (818) 484-2023
E-MAIL ADDRESS *(Optional):* devin@devinfoklaw.com; ainat@devinfoklaw.com
ATTORNEY FOR *(Name):* JANE DOE

FOR COURT USE ONLY
**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

**JUN 02 2021**

L. SIRACUSA

PLAINTIFF/PETITIONER: JANE DOE

DEFENDANT/RESPONDENT: A-CHECK AMERICA, INC.; PRECIPIO, INC.

CASE NUMBER:
**CVRI 2102482**

## CERTIFICATE OF COUNSEL

The undersigned certifies that this matter should be tried or heard in the court identified above for the reasons specified below:

☐   The action arose in the zip code of: _____

☐   The action concerns real property located in the zip code of: _____

☒   The Defendant resides in the zip code of:   92507   _____

For more information on where actions should be filed in the Riverside County Superior Courts, please refer to Local Rule 1.0015 at www.riverside.courts.ca.gov.

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date  06/01/2021  _____

A True Copy
Attest:

Devin Fok, Esq.
(TYPE OR PRINT NAME OF ☒ ATTORNEY ☐ PARTY MAKING DECLARATION)

▷ _____
(SIGNATURE)

Page 1 of 1

Approved for Mandatory Use
Riverside Superior Court
RI-CI032  [Rev. 08/15/13]
(Reformatted 01/07/19)

**CERTIFICATE OF COUNSEL**

Local Rule 1.0015
riverside.courts.ca.gov/localfrms/localfrms.shtml

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**     CVRI2102482

**Case Name:**     DOE vs A-CHECK AMERICA, INC.

## NOTICE OF DEPARTMENT ASSIGNMENT

The above entitled case is assigned to the Honorable Irma Asberry in Department 5  for All Purposes.

Any disqualification pursuant to CCP section 170.6 shall be filed in accordance with that section.

The court follows California Rules of Court, Rule 3.1308(a)(1) for tentative rulings (see Riverside Superior Court Local Rule 3316).  Tentative Rulings for each law and motion matter are posted on the internet by 3:00 p.m. on the court day immediately before the hearing at http://riverside.courts.ca.gov/tentativerulings.shtml.  If you do not have internet access, you may obtain the tentative ruling by telephone at (760) 904-5722.

To request oral argument, you must (1) notify the judicial secretary at (760) 904-5722 and (2) inform all other parties, no later than 4:30 p.m. the court day before the hearing.  If no request for oral argument is made by 4:30 p.m., the tentative ruling will become the final ruling on the matter effective the date of the hearing.

The filing party shall serve a copy of this notice on all parties.

| | |
|---|---|
|  | Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter. |
|  | Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation. (Civil Code section 54.8.) |

Dated: 06/08/2021

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by:  _____

I. Siracusa, Deputy Clerk

A True Copy
Attest:

_____

Process Server

CI-NODACV
(Rev. 02/16/21)

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE

Historic Court House
4050 Main Street, Riverside, CA 92501

**Case Number:**   CVRI2102482

**Case Name:**   DOE vs A-CHECK AMERICA, INC.

Devin Heng Fok
2304 HUNTINGTON DRIVE SUITE 210
ALHAMBRA, CA 91801

## NOTICE OF CASE MANAGEMENT CONFERENCE

The Case Management Conference is scheduled as follows:

| Hearing Date | Hearing Time | Department |
|---|---|---|
| 12/06/2021 | 8:30 AM | Department 5 |
| Location of Hearing:<br>4050 Main Street, Riverside, CA 92501 | | |

No later than 15 calendar days before the date set for the case management conference or review, each party must file a case management statement and serve it on all other parties in the case.  CRC, Rule 3.725.

The plaintiff/cross-complainant shall serve a copy of this notice on all defendants/cross-defendants who are named or added to the complaint and file proof of service.

Any disqualification pursuant to CCP Section 170.6 shall be filed in accordance with that section.





Interpreter services are available upon request.  If you need an interpreter, please complete and submit the online Interpreter Request Form (https://riverside.courts.ca.gov/Divisions/InterpreterInfo/ri-in007.pdf) or contact the clerk's office and verbally request an interpreter. All requests must be made in advance with as much notice as possible, and prior to the hearing date in order to secure an interpreter.

Assistive listening systems, computer-assisted real time captioning, or sign language interpreter services are available upon request if at least 5 days notice is provided.  Contact the Office of the ADA Coordinator by calling (951) 777-3023 or TDD (951) 777-3769 between 8:00 am and 4:30 pm or by emailing ADA@riverside.courts.ca.gov to request an accommodation.  A *Request for Accommodations by Persons With Disabilities and Order* (form MC-410) must be submitted when requesting an accommodation.  (Civil Code section 54.8.)

CERTIFICATE OF MAILING

I certify that I am currently employed by the Superior Court of California, County of Riverside, and that I am not a party to this action or proceeding. In my capacity, I am familiar with the practices and procedures used in connection with the mailing of correspondence. Such correspondence is deposited in the outgoing mail of the Superior Court. Outgoing mail is delivered to and mailed by the United States Postal Service, postage prepaid, the same day in the ordinary course of business. I certify that I served a copy of the Notice of Case Management Conference on this date, by depositing said copy as stated above.

Dated: 06/08/2021

W. SAMUEL HAMRICK JR.,
Court Executive Officer/Clerk of Court

by: _____
I. Siracusa, Deputy Clerk

CI-NOCMC
(Rev. 03/06/20)

A True Copy
Attest:

_____
Process Server

1   SEYFARTH SHAW LLP
    Eric E. Suits (SBN 232762)
2   esuits@seyfarth.com
    400 Capitol Mall, Suite 2350
3   Sacramento, California 95814-4428
    Telephone:     (916) 448-0159
4   Facsimile:     (916) 558-4839

5

    Attorneys for Defendant
6   A-CHECK AMERICA, INC.

7

8

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10        **COUNTY OF RIVERSIDE - CIVIL DEPARTMENT COURTHOUSE**

11

12

13  JANE DOE, as an individual,                  CASE NO.:  CVRI 2102482
                                                 *[Unlimited Jurisdiction]*
14                 Plaintiff(s),
                                                 *Assigned for all purposes to the*
15        v.                                     *Honorable Irma Asberry, Dept. 5*

16  A-CHECK AMERICA, INC.; PRECIPIO, INC.;       **DEFENDANT A-CHECK AMERICA,**
    and JOHN DOES, 1-10 inclusive,               **INC.'S ANSWER AND AFFIRMATIVE**
17                                               **AND ADDITIONAL DEFENSES TO**
                   Defendant(s).                 **PLAINTIFF'S COMPLAINT**
18

19
                                                 Complaint Filed:    June 2, 2021
20                                               Trial Date:         None Set

21

22        Defendant A-CHECK AMERICA, INC. (hereinafter "Defendant") hereby answers the

23  Complaint of Plaintiff JANE DOE ("Plaintiff") as follows:

24                             **GENERAL DENIAL**

25

26        Pursuant to California Code of Civil Procedure section 431.30(d), Defendant generally denies

27  each allegation as well as the purported causes of action against Defendant set forth in Plaintiff's

28  Complaint.  In further answer to the Complaint and without limiting the generality of the foregoing,

---

1    Defendant denies that Plaintiff has been damaged in any amount, or at all, by reason of any acts or

2    omissions of Defendant.

3
4                    **AFFIRMATIVE AND ADDITIONAL DEFENSES**

     In further answer to the Complaint, and as separate and distinct affirmative and additional
5
     defenses, and without assuming the burden of proof on any defense, Defendant alleges as follows:
6
                              **FIRST DEFENSE**
7
                    **(Failure to State a Cause of Action)**
8
     Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against
9
     Defendant.
10
                             **SECOND DEFENSE**
11
                         **(Reasonable procedures)**
12
     Defendant followed reasonable procedures in the preparation and reinvestigation of Plaintiff's
13
     consumer report, and otherwise made good faith efforts to comply with the Fair Credit Reporting Act
14
     and all other applicable laws.
15
                              **THIRD DEFENSE**
16
                           **(Strict procedures)**
17
     Defendant maintained strict procedures to ensure that any information reported about Plaintiff
18
     was complete and up to date, and otherwise made good faith efforts to comply with the FCRA and all
19
     other applicable laws.
20
                             **FOURTH DEFENSE**
21
                          **(Punitive Damages)**
22
     Plaintiff is not entitled to punitive damages because Defendant's reading of its obligations under
23
     the FCRA and all other applicable laws was objectively reasonable, made in good faith, and not in
24
     reckless disregard of any law.
25
                              **FIFTH DEFENSE**
26
                 **(Award of Punitive Damages is Unconstitutional)**
27
     Plaintiff is not entitled to punitive damages because such an award would violate the right of
28
                                        2

     A-CHECK AMERICA INC.'S ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S
                       COMPLAINT / CASE NO. CVRI 2102482

1   Defendant to be protected from "excessive fines," as provided in the Eighth Amendment to the United

2   States Constitution and in Article I, Section 17 of the Constitution of the State of California.  Moreover,

3   such an award would violate the right of Defendant to procedural and substantive due process under the

4   Fifth and Fourteenth Amendments to the United States Constitution and under the Constitution of the

5   State of California.

6                                              **SIXTH DEFENSE**

7                                            **(Failure to Mitigate)**

8          To the extent Plaintiff has failed to mitigate her alleged damages, her recovery, if any, must be

9   reduced accordingly.

10                                          **SEVENTH DEFENSE**

11                                            **(No Causation)**

12         Any damages sustained by Plaintiff were not proximately caused by Defendant.

13                                           **EIGHTH DEFENSE**

14                                            **(Preemption)**

15         Plaintiff's claims for injunctive relief are preempted by the federal Fair Credit Reporting Act, 15

16   U.S.C. § 1681 *et seq*.

17                                            **NINTH DEFENSE**

18                                           **(Improper Venue)**

19         Plaintiff's choice of venue in this matter is improper.

20                                                **PRAYER**

21         WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

22         1.      That Plaintiff take nothing by her Complaint on file herein;

23         2.      That judgment be entered in favor of Defendant and against Plaintiff on all counts of the

24   Complaint;

25         3.      That Defendant be awarded reasonable attorney fees according to proof;

26         4.      That Defendant be awarded the costs of suit incurred herein; and

27

28

A-CHECK AMERICA INC.'S ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S
COMPLAINT / CASE NO. CVRI 2102482

1          5.          That Defendant be awarded such other and further relief as the Court may deem

2     appropriate.

3

4     DATED: July 15, 2021                                    Respectfully submitted,

5                                                             SEYFARTH SHAW LLP

6

7                                                             By:

8                                                                  Eric E. Suits
                                                                   Attorneys for Defendant
9                                                                  A-CHECK AMERICA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On July 15, 2021, I caused to be served the within document(s):

**ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

☒ by having the document(s) listed above placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Ste. 2350, Sacramento, California, addressed as set forth below.

☐ by causing personal delivery, through Nationwide Legal LLC, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope or package provided by FedEx with postage paid on account and deposited for collection with FedEx at Sacramento, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Devin H. Fok, Esq.
Ainat Kiewe, Esq.
DHF LAW, P.C.
2304 Huntington Drive, Suite 210
San Marino, CA 91801

devin@devinfoklaw.com

*Attorneys for Plaintiff*

Spencer Waldron
Mimi Nguyen
FISHER & PHILLIPS, LLP
2050 Main Street, Ste. 1000
Irvine, CA 92614

swaldron@fisherphillips.com
mnguyen@fisherphillips.com

*Attorneys for Precipiof*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 15, 2021, at Sacramento, California.

Shelley D. Gordon

5

A-CHECK AMERICA INC.'S ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S COMPLAINT / CASE NO. CVRI 2102482