**FILED**
Superior Court of California
County of Riverside

**7/15/2021**
**C. Nakagawa**

Electronically Filed

SEYFARTH SHAW LLP
Eric E. Suits (SBN 232762)
esuits@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:     (916) 448-0159
Facsimile:     (916) 558-4839

Attorneys for Defendant
A-CHECK AMERICA, INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE - CIVIL DEPARTMENT COURTHOUSE

| | |
|---|---|
| JANE DOE, as an individual,<br><br>Plaintiff(s),<br><br>v.<br><br>A-CHECK AMERICA, INC.; PRECIPIO, INC.; and JOHN DOES, 1-10 inclusive,<br><br>Defendant(s). | CASE NO.:   CVRI 2102482<br>*[Unlimited Jurisdiction]*<br><br>*Assigned for all purposes to the Honorable Irma Asberry, Dept. 5*<br><br>**DEFENDANT A-CHECK AMERICA, INC.'S ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S COMPLAINT**<br><br><br>Complaint Filed:     June 2, 2021<br>Trial Date:            None Set |

Defendant A-CHECK AMERICA, INC. (hereinafter "Defendant") hereby answers the Complaint of Plaintiff JANE DOE ("Plaintiff") as follows:

## GENERAL DENIAL

Pursuant to California Code of Civil Procedure section 431.30(d), Defendant generally denies each allegation as well as the purported causes of action against Defendant set forth in Plaintiff's Complaint.  In further answer to the Complaint and without limiting the generality of the foregoing,

Defendant denies that Plaintiff has been damaged in any amount, or at all, by reason of any acts or omissions of Defendant.

## AFFIRMATIVE AND ADDITIONAL DEFENSES

In further answer to the Complaint, and as separate and distinct affirmative and additional defenses, and without assuming the burden of proof on any defense, Defendant alleges as follows:

### FIRST DEFENSE

### (Failure to State a Cause of Action)

Plaintiff's Complaint fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND DEFENSE

### (Reasonable procedures)

Defendant followed reasonable procedures in the preparation and reinvestigation of Plaintiff's consumer report, and otherwise made good faith efforts to comply with the Fair Credit Reporting Act and all other applicable laws.

### THIRD DEFENSE

### (Strict procedures)

Defendant maintained strict procedures to ensure that any information reported about Plaintiff was complete and up to date, and otherwise made good faith efforts to comply with the FCRA and all other applicable laws.

### FOURTH DEFENSE

### (Punitive Damages)

Plaintiff is not entitled to punitive damages because Defendant's reading of its obligations under the FCRA and all other applicable laws was objectively reasonable, made in good faith, and not in reckless disregard of any law.

### FIFTH DEFENSE

### (Award of Punitive Damages is Unconstitutional)

Plaintiff is not entitled to punitive damages because such an award would violate the right of

1   Defendant to be protected from "excessive fines," as provided in the Eighth Amendment to the United

2   States Constitution and in Article I, Section 17 of the Constitution of the State of California.  Moreover,

3   such an award would violate the right of Defendant to procedural and substantive due process under the

4   Fifth and Fourteenth Amendments to the United States Constitution and under the Constitution of the

5   State of California.

## SIXTH DEFENSE

### (Failure to Mitigate)

To the extent Plaintiff has failed to mitigate her alleged damages, her recovery, if any, must be reduced accordingly.

## SEVENTH DEFENSE

### (No Causation)

Any damages sustained by Plaintiff were not proximately caused by Defendant.

## EIGHTH DEFENSE

### (Preemption)

Plaintiff's claims for injunctive relief are preempted by the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*.

## NINTH DEFENSE

### (Improper Venue)

Plaintiff's choice of venue in this matter is improper.

## PRAYER

WHEREFORE, Defendant prays for judgment against Plaintiff as follows:

1.      That Plaintiff take nothing by her Complaint on file herein;

2.      That judgment be entered in favor of Defendant and against Plaintiff on all counts of the Complaint;

3.      That Defendant be awarded reasonable attorney fees according to proof;

4.      That Defendant be awarded the costs of suit incurred herein; and

3

1    5.    That Defendant be awarded such other and further relief as the Court may deem

2  appropriate.

3

4  DATED: July 15, 2021                    Respectfully submitted,

5                                          SEYFARTH SHAW LLP

6

7                                   By:

8                                          Eric E. Suits
                                           Attorneys for Defendant
9                                          A-CHECK AMERICA, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A-CHECK AMERICA INC.'S ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S
COMPLAINT / CASE NO. CVRI 2102482

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 400 Capitol Mall, Suite 2350, Sacramento, California  95814-4428.  On July 15, 2021, I caused to be served the within document(s):

**ANSWER AND AFFIRMATIVE AND ADDITIONAL DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

☒ by having the document(s) listed above placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Ste. 2350, Sacramento, California, addressed as set forth below.

☐ by causing personal delivery, through Nationwide Legal LLC, the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope or package provided by FedEx with postage paid on account and deposited for collection with FedEx at Sacramento, California, addressed as set forth below.

☒ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Devin H. Fok, Esq.
Ainat Kiewe, Esq.
DHF LAW, P.C.
2304 Huntington Drive, Suite 210
San Marino, CA  91801

devin@devinfoklaw.com

*Attorneys for Plaintiff*

Spencer Waldron
Mimi Nguyen
FISHER & PHILLIPS, LLP
2050 Main Street, Ste. 1000
Irvine, CA 92614

swaldron@fisherphillips.com
mnguyen@fisherphillips.com

*Attorneys for Precipiof*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on July 15, 2021, at Sacramento, California.

_____
Shelley D. Gordon

5